IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-60490
Conference Calendar

_____

DAVID A. ROBINSON,

Plaintiff-Appellant,

versus

BEAU STEWART; CONO A. CARANNA, II,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:99-CV-35-GR
--------------------
February 16, 2000

Before EMILIO M. GARZA, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:*

David A. Robinson, Mississippi inmate #16036, appeals the dismissal of his civil rights complaint for failure to state a claim and for seeking monetary relief from defendants immune from suit. See 28 U.S.C. § 1915(e)(2)(B)(ii), (iii). IT IS ORDERED that Robinson's request for the appointment of counsel is DENIED. See Ulmer v. Chancellor, 691 F.2d 209, 213 (5th Cir. 1982).

Robinson asserts that that his claim, if successful, would not invalidate his conviction, and therefore, his complaint should proceed. His assertion is without merit. A due process

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

challenge to the prosecutor's comments during closing argument, if successful, would invalidate Robinson's conviction. <u>See</u> <u>Ortega v. McCotter</u>, 808 F.2d 406, 408-11 (5th Cir. 1987). The district court did not err in dismissing the complaint. <u>See</u> <u>Heck v. Humphrey</u>, 512 U.S. 477, 486-87 (1994).

Robinson's argument concerning prosecutorial immunity is also without merit. Robinson's allegations of improper comments by the prosecutor would be defeated by prosecutorial immunity. <u>See</u> <u>Boyd v. Biggers</u>, 31 F.3d 279, 285 (5th Cir. 1994).

This appeal is without arguable merit and is therefore frivolous. <u>See</u> <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir. 1983). The appeal is DISMISSED as frivolous. <u>See</u> 5TH CIR. R. 42.2.

This dismissal is Robinson's third strike pursuant to 28 U.S.C. § 1915(g). <u>See</u> <u>Adepegba v. Hammons</u>, 103 F.3d 383, 387-88 (5th Cir. 1996); <u>see also</u> <u>Robinson v. Stewart</u>, No. 1:99cv35GR (S.D. Miss. July 9, 1999); <u>Robinson v. Eaves</u>, No. 98-cv-168 (S.D. Miss. June 30, 1999). Pursuant to § 1915(g), Robinson is BARRED from proceeding <u>in</u> <u>forma</u> <u>pauperis</u> in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury.

APPEAL DISMISSED. MOTION DENIED.